IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 14-cv-01610-LTB

MICHELLE CHANCELLOR PHEGLEY,

 Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

 Defendant.

___

## ORDER
___

 Upon Defendant's Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (Doc 27 - filed July 30, 2015), it is hereby ORDERED that the motion is **GRANTED** and Plaintiff shall receive a total EAJA award of $6,000.00. Payment of the compromise settlement of $6,000.00 shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.

Dated:  August   3  , 2015 in Denver, Colorado.

             BY THE COURT:

              s/Lewis T. Babcock
             LEWIS T. BABCOCK, JUDGE